## <u>STATEMENT OF FACTS</u>

On October 18, 2005, at about 3:44 p.m., a Cooperating Witness (CW) working with the Federal Bureau of Investigation made a call to defendant Kevin Morris in order to set up a purchase of heroin and crack cocaine.  The CW drove to the area of Barnaby Terrace, in Southeast, Washington, D.C., called defendant Morris, and told him he had $100.00 for the crack cocaine and $70.00 for the heroin.  A few moments later, the defendant approached the passenger side window of the CW's car.  The CW gave the defendant the money, and the defendant gave the CW a bag with rocks of suspected crack cocaine, and 8 bags containing suspected heroin.  The CW left the area, and returned to law enforcement officers and gave them the suspected crack cocaine and heroin.  A chemist with the DEA Mid-Atlantic Laboratory analyzed the substances and determined that they were crack cocaine base and heroin.

On Monday, August 21, 2006, based on the above events, agents placed defendant Kevin Morris under arrest.


_____
SPECIAL AGENT SCOTT TURNER
FEDERAL BUREAU OF INVESTIGATION


SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF AUGUST, 2006.


_____
U.S. MAGISTRATE JUDGE